# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CANON INC., | ) |
|     Plaintiff, | ) ) ) Case No. 3:18-cv-00245 |
| v. | ) ) |
| PRINT-RITE N.A., INC.; PRINT-RITE HOLDINGS LTD.; UNION TECHNOLOGY INT'L (M.C.O.) CO. LTD.; and PRINT-RITE UNICORN IMAGE PRODUCTS CO LTD., DONELSON, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on September 17, 2020 (ECF No. 29), and the Court having entered an Order of Dismissal (ECF No. 30),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that in accordance with the Order of Dismissal, this action is hereby DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED**, this 3rd day of November, 2020.

                                                /s/ Jon P. McCalla
                                              JON P. McCALLA
                                              UNITED STATES DISTRICT COURT JUDGE